**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-2102**

---

PATRICIA A. MORRISON,

                                        Plaintiff - Appellant,

        versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY,

                                        Defendant - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling. Frederick P. Stamp, Jr., Chief District Judge. (CA-99-101-5)

---

Submitted: January 26, 2001          Decided: February 26, 2001

---

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Gregory L. Kordic, KORDIC & ASSOCIATES, Cleveland, Ohio, for Appellant. Melvin W. Kahle, Jr., United States Attorney, Helen Campbell Altmeyer, Assistant United States Attorney, Charlotte J. Hardnett, Acting General Counsel, Frank V. Smith, III, Acting Principal Deputy General Counsel, John M. Sacchetti, Associate General Counsel for Program Litigation, Etzion Brand, Supervisory Attorney, Retirement, Survivors and Supplemental Assistance Litigation Branch, Office of the General Counsel, SOCIAL SECURITY ADMINIS-TRATION, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Patricia A. Morrison appeals the district court's order dismissing her complaint against the Commissioner of the Social Security Administration.  We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Morrison v. Apfel, Commissioner, No. CA-99-101-5 (N.D.W. Va. June 23, 2001).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2